UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

GUADALUPE ADAMS, Individually, :
:
       Plaintiff, :
:
v. : Case No. 6:14-cv-1409
:
KEYSTONE PROPERTIES, INC :
    A Foreign Corporation :
:
       Defendant. :
_____/ :

**JOINT STIPULATION OF**
**FULL AND FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Keystone Properties, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: May 15, 2015

| | |
|---|---|
| By: /s/ Pete M. Monismith | By: /s/ Lindsey A. Flora |
| Pete M. Monismith #26379<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Lindsey A. Flora, #25120<br>lflora@foulston.com<br>Foulston Siefkin LLP<br>1551 North Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466<br>(316) 267-6371 - telephone<br>(316) 267-6345 – facsimile<br>**Attorney for Defendant** |